UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTH YUBA RIVER CITIZENS
LEAGUE and FRIENDS OF THE
RIVER,

                                            NO. CIV. S-06-2845 LKK/JFM

        Plaintiffs,

    v.

NATIONAL MARINE FISHERIES
SERVICE, et al.,

        Defendants.
_____/
SOUTH YUBA RIVER CITIZENS
LEAGUE,

        Plaintiff,                    NO. CIV. S-13-0059 MCE/EFB

    v.

NATIONAL MARINE FISHERIES
SERVICE, UNITED STATES
DEPARTMENT OF COMMERCE;
REBECCA M. BLANK, in her
official capacity as
Acting Secretary of
Commerce; RODNEY R. MCINNIS,
in his official capacity as
Regional Administrator,
Southwest Region, National
Marine Fisheries Service,

        Defendants.
_____/

1

```
 1  YUBA COUNTY WATER AGENCY,

 2            Plaintiff,                    NO. CIV. S-13-0042 MCE/CKD

 3       v.

 4  NATIONAL MARINE FISHERIES
    SERVICE; UNITED STATES
 5  DEPARTMENT OF COMMERCE;
    REBECCA M. BLANK, in her
 6  official capacity as
    Acting Secretary of
 7  Commerce; RODNEY R. MCINNIS,
    in his official capacity as
 8  Regional Administrator,
    Southwest Region, National
 9  Marine Fisheries Service;
    U.S. ARMY CORPS OF ENGINEERS;
10  LIEUTENANT GENERAL THOMAS P.
    BOSTICK, in his official
11  capacity as Commanding
    General of U.S. Army Corps
12  of Engineers; and COLONEL
    WILLIAM J. LEADY, P.E., in            NON-RELATED CASE ORDER
13  his official capacity as
    District Commander, Sacramento
14  District, U.S. Army Corps
    of Engineers,
15
              Defendants.
16  _____/

17       The court is in receipt of Plaintiff South Yuba River Citizens

18  League's  notice  of  related  cases,  filed  pursuant  to  Eastern

19  District of California Local Rule 123(b) (2013).  Pl's Not., ECF

20  No.  503.   Plaintiff  requests  that  two  cases,  South  Yuba  River

21  Citizens League, et al. v. National Marine Fisheries Service, et

22  al., Case No. 2:13-cv-00059 MCE-EFB; as well as Yuba County Water

23  Agency v. National Marine Fisheries Service, No. 2:13-cv-00042-MCE-

24  CKD, be related to South Yuba River Citizens League, et al. v.

25  National Marine Fisheries Service, et al., 2:06-cv-2845 LKK-JFM.

26  ////
```

1      Eastern District of California Local Rule 123(a) provides that

2  an action is related to another action when:

3          (1) both actions involve the same parties and are
           based on the same or a similar claim;
4
           (2)  both  actions  involve  the  same  property,
5          transaction, or event;

6          (3) both actions involve similar questions of fact
           and the same question of law and their assignment
7          to the same Judge or Magistrate Judge is likely to
           effect  a  substantial  savings  of  judicial  effort,
8          either  because  the  same  result  should  follow  in
           both actions or otherwise; or
9
           (4)   for  any  other  reasons,  it  would  entail
10         substantial  duplication  of  labor  if  the  actions
           were  heard  by  different  Judges  or  Magistrate
11         Judges.

12  Local Rule 123(a) (2013).

13      The court finds that South Yuba River Citizens League, et al.

14  v. National Marine Fisheries Service, et al., case no. 2:06-cv-2845

15  LKK-JFM is not sufficiently related to South Yuba River Citizens

16  League, et al. v. National Marine Fisheries Service, et al., Case

17  No. 2:13-cv-00059 MCE-EFB and Yuba County Water Agency v. National

18  Marine Fisheries Service, No. 2:13-cv-00042-MCE-CKD.  Reassignment

19  of the two pending actions to the undersigned is not likely to

20  effect a savings of judicial effort or other economies.

21      The court, therefore, DECLINES to relate the cases.

22      IT IS SO ORDERED.

23      DATED: March 7, 2013.

24

25                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
26                          UNITED STATES DISTRICT COURT

3