UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| YUBA COUNTY WATER AGENCY | ) CASE NO. 2:13-cv-00042-MCE-CKD |
|---|---|
| Plaintffs | ) |
| | ) **ORDER GRANTING FEDERAL** |
| v. | ) **DEFENDANTS' REQUEST TO APPEAR** |
| | ) **BY TELEPHONE** |
| NATIONAL MARINE FISHERIES SERVICE, et al. | ) |
| Defendant | ) |

The Court hereby grants Federal Defendants' request for counsel to appear by telephone at the combined status conference and hearing on motions to intervene that is scheduled in the above-captioned action for May 16, 2013 at 2:00 p.m. in Courtroom 7. The Court will contact the following attorneys at their direct phone numbers 5-10 minutes before the scheduled hearing time:

S. Jay Govindan, U.S. Department of Justice
Direct number: (202) 305-0237

Christopher Keifer, NOAA Office of General Counsel
Direct number: (562) 980-4076

Ann Navaro, U.S. Army Corps of Engineers, Office of Counsel
Direct number: (202) 761-8558

IT IS SO ORDERED.

DATE:  May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT