# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY | CASE NO. 2:13-cv-00042-MCE-CKD |
| Plaintffs | |
| v. | **ORDER GRANTING FEDERAL DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE** |
| NATIONAL MARINE FISHERIES SERVICE, et al. | |
| Defendant | |

The Court hereby grants Federal Defendants' request for counsel to attend by telephone at the hearing scheduled for June 13, 2013 at 2:00 p.m. in Courtroom 7 on Federal Defendants' Motion for Voluntary Remand or Stay of Proceedings. The Court will contact the following attorney at his direct phone number 5-10 minutes before the scheduled hearing time:

Christopher Keifer, NOAA Office of General Counsel
Direct number: (562) 980-4076

IT IS SO ORDERED.

DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT