UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>        Defendants. | No. 2:13-cv-00042-MCE-CKD<br><br><br>**RELATED CASE ORDER** |
| SOUTH YUBA RIVER CITIZENS LEAGUE,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>       Defendants. | No. 2:13-cv-00059-MCE-EFB |

The Court received the Notice of Related Cases filed January 28, 2013. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

DATED: June 20, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT