REMY MOOSE MANLEY, LLP
HOWARD F. WILKINS III, SBN 203083
L. ELIZABETH SARINE, SBN 285631
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: hwilkins@rmmenvirolaw.com
       esarine@rmmenvirolaw.com

BARTKIEWICZ, KRONICK & SHANAHAN, P.C.
ALAN B. LILLY, SBN 107409
1011 Twenty-Second Street
Sacramento, California 95816
Telephone: (916) 446-4254
Facsimile: (916) 446-4018
Email: abl@bkslawfirm.com

Attorneys for the Plaintiff
YUBA COUNTY WATER AGENCY
(Attorneys continued on next page)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| YUBA COUNTY WATER AGENCY,<br><br>  Plaintiff,<br><br>NEVADA IRRIGATION DISTRICT, et al.,<br><br>  Plaintiffs-Intervenors,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>  Defendants. | No. 2:13-cv-00042-MCE-CKD<br><br>**ORDER GRANTING PLANTIFFS' APPLICATION TO FILE BRIEF IN EXCESS OF PAGE LIMITS**<br><br>Date: July 25, 2013<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Honorable Morrison C. England, Jr. |

| | | |
|---|---|---|
| 1 | MICHAEL N. MILLS, SBN 191762 | Attorneys for Plaintiffs-Intervenors |
| 2 | STOEL RIVES LLP<br>500 Capitol Mall, Suite 1600 | NEVADA IRRIGATION DISTRICT |
| 3 | Sacramento, CA 95814<br>Telephone: (916) 447-0700 | |
| 4 | Facsimile: (916) 447-4781<br>Email: mnmills@stoel.com | |
| 5 | | |
| 6 | BETH S. GINSBERG (Pro Hac Vice)<br>STOEL RIVES LLP | |
| 7 | 600 University Street, Suite 3600<br>Seattle, WA 98101 | |
| 8 | Telephone: (206) 624-0900<br>Facsimile: (206) 386-7500 | |
| 9 | Email: bsginsberg@stoel.com | |
| 10 | WILLIAM V. MANHEIM, SBN 130182<br>JENNIFER S. ABRAMS, SBN 178203 | Attorneys for Plaintiffs-Intervenors<br>PACIFIC GAS AND ELECTRIC |
| 11 | PACIFIC GAS AND ELECTRIC COMPANY<br>Law Department | COMPANY |
| 12 | P.O. Box 7442<br>San Francisco, CA 94120-7442 | |
| 13 | Telephone: (415) 973-4462<br>Facsimile: (415) 973-5520 | |
| 14 | Email: Jennifer.Abrams@pge.com | |
| 15 | | |
| 16 | THOMAS M. BERLINER, SBN 83256<br>JOLIE-ANNE S. ANSLEY, SBN 221526 | Attorneys for Plaintiffs-Intervenors<br>STATE WATER CONTRACTORS, INC. |
| 17 | JUSTIN J. FIELDS, SBN 259491<br>DUANE MORRIS LLP | |
| 18 | Spear Tower<br>One Market Plaza, Suite 2200 | |
| 19 | San Francisco, CA 94105-1127<br>Email: tmberliner@duanemorris.com | |
| 20 | jsansley@duanemorris.com<br>jfields@duanemorris.com | |
| 21 | | |
| 22 | DANIEL F. GALLERY, SBN 27295<br>JESSE W. BARTON, SBN 221337 | Attorneys for Plaintiffs-Intervenors<br>BROPHY WATER DISTRICT and |
| 23 | GALLERY & BARTON<br>1112 I Street, Suite 240 | HALLWOOD IRRIGATION COMPANY |
| 24 | Sacramento, CA 95814<br>Telephone: (916) 444-2880 | |
| 25 | Facsimile: (916) 444-6915<br>Email: dgallery@gallerybartonlaw.com | |
| 26 | jbarton@gallerybartonlaw.com | |
| 27 | | |
| 28 | | |

CIVIL CASE NO. 2:13-CV-00042-MCE-CKD
ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE BRIEF IN EXCESS OF PAGE LIMITS

Plaintiff Yuba County Water Agency ("YCWA") and Plaintiff-Intervenors (collectively "Plaintiffs") filed an Application to File Brief in Excess of Page Limits with this Court on June 27, 2013.  (ECF No. 63.)

IT IS HEREBY ORDERED that Plaintiffs' Application to File Brief in Excess of Page Limits is GRANTED.  Plaintiffs' 30-page memorandum in support of their Joint Motion for Partial Summary Judgment filed with their Application on June 27, 2013 is accepted and deemed filed on that date.  Federal Defendants may likewise file an opposition brief of up to 30 pages.

IT IS SO ORDERED.

Dated:  July 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-