SAM HIRSCH, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0210
(202) 305-0275 (fax)

*Additional counsel listed on signature page*

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.<br><br>Defendants. | CASE NO. 2:13-cv-00042-MCE-CKD<br><br>**STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Whereas, on January 9, 2013, Plaintiff Yuba County Water Agency ("Plaintiff") filed its Complaint in this action against Federal Defendants National Marine Fisheries Service; United States Department of Commerce; Penny Pritzker, in her official capacity as Secretary of Commerce;[1] William Stelle, in his official capacity as Administrator for National Marine

---

[1] Penny Pritzker is automatically substituted for Rebecca M. Blank as Secretary of Commerce pursuant to Federal Rule of Civil Procedure 25(d).

Fisheries Service's newly created West Coast Region;[2] United States Army Corps of Engineers; Lietenant General Thomas P. Bostick, in his official capacity as Commanding General, of U.S. Army Corps of Engineers; and Colonel Michael Farrell,[3] in his official capacity as District Commander, Sacramento District, U.S. Army Corps, of Engineers (collectively, "Federal Defendants");

Whereas, on May 25, 2013, the Court granted the motions to intervene of Plaintiff-Intervenors State Water Contractors; Nevada Irrigation District; Pacific Gas and Electric Company; Brophy Water District; and Hallwood Irrigation Company (collectively, "Plaintiff-Intervenors") (ECF No. 49);

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that an action may be dismissed by plaintiffs without order of court by filing a stipulation of dismissal signed by all parties who have appeared in the action, Federal Defendants, Plaintiff, and Plaintiff-Intervenors, by and through their attorneys, hereby stipulate that this action shall be, and is, dismissed without prejudice.

The dismissal shall be as to all claims in Yuba County Water Agency's Complaint for Declaratory and Injunctive Relief, ECF No. 1; State Water Contractors' Complaint in Intervention, ECF No. 38; Nevada Irrigation District's Complaint in Intervention, ECF No. 50; Pacific Gas and Electric Company's Complaint for Declaratory and Injunctive Relief, ECF No. 51; and Brophy Water District and Hallwood Irrigation Company's Complaint in Intervention, ECF No. 54.

Each party shall bear its own fees and costs in connection with this action.

Respectfully submitted this 10th day of September, 2014.

///

---

[2] William Stelle is substituted for Rodney McInnis as the Administrator of NMFS's newly created West Coast Region.

[3] Col. Michael Farrell is automatically substituted for as Col. William J. Leady, P.E. as District Commander, Sacramento District, U.S. Army Corps, of Engineers, pursuant to Federal Rule of Civil Procedure 25(d).

SAM HIRSCH
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

/s/   *Daniel Pollak*
DANIEL POLLAK
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-0201
Fax: (202) 305-0275

STACEY M. BOSSHARDT, Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 514-2912
Fax: (202) 305-0506

BRADLEY H. OLIPHANT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St.
South Terrace, Suite 370
Denver, CO  80202
Ph:  303-844-1381/Fax:  303-844-1350
bradley.oliphant@usdoj.gov

**Attorneys for Federal Defendants**


/s/ Howard F. Wilkins III (as authorized on 9/09/14)
HOWARD F. WILKINS III, SBN 203083
L. ELIZABETH SARINE, SBN 285631
REMY MOOSE MANLEY, LLP
555 Capitol Mall, Suite 800
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: hwilkins@rmmenvirolaw.com
          esarine@rmmenvirolaw.com

|   |   |
|---|---|
| 1 | |
| 2 | ALAN B. LILLY, SBN 107409 |
|   | BARTKIEWICZ, KRONICK & SHANAHAN P.C. |
| 3 | 1011 Twenty-Second Street |
|   | Sacramento, California 95816 |
| 4 | Telephone: (916) 446-4254 |
|   | Facsimile: (916) 446-4018 |
| 5 | Email: abl@bkslawfirm.com |
| 6 | |
|   | **Attorneys for the Plaintiff** |
| 7 | **YUBA COUNTY WATER AGENCY** |
| 8 | |
|   | /s/ Beth S. Ginsberg (as authorized on 9/09/14) |
| 9 | MICHAEL N. MILLS, SBN 191762 |
|   | STOEL RIVES LLP |
| 10 | 500 Capitol Mall, Suite 1600 |
|   | Sacramento, CA  95814 |
| 11 | Telephone: (916) 447-0700 |
|   | Facsimile: (916) 447-4781 |
| 12 | Email: mnmills@stoel.com |
| 13 | |
|   | BETH S. GINSBERG (Pro Hac Vice) |
| 14 | STOEL RIVES LLP |
|   | 600 University Street, Suite 3600 |
| 15 | Seattle, WA  98101 |
|   | Telephone: (206) 624-0900 |
| 16 | Facsimile: (206) 386-7500 |
|   | Email: bsginsberg@stoel.com |
| 17 | |
|   | **Attorneys for Intervenors** |
| 18 | **NEVADA IRRIGATION DISTRICT** |
| 19 | |
|   | /s/ Delia Guevara (as authorized on 9/09/14) |
| 20 | WILLIAM V. MANHEIM, SBN 130182 |
|   | DELIA GUEVARA SBN 146822 |
| 21 | PACIFIC GAS AND ELECTRIC COMPANY |
|   | Law Department |
| 22 | P.O. Box 7442 |
|   | San Francisco, CA  94120-7442 |
| 23 | Telephone: (415) 973-4462 |
|   | Facsimile: (415) 973-5520 |
| 24 | Email: D2GU@pge.com |
| 25 | |
|   | **Attorneys for Intervenors** |
| 26 | **PACIFIC GAS AND ELECTRIC COMPANY** |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | /s/ Thomas M. Berliner (as authorized on 9/09/14) |
| 2 | THOMAS M. BERLINER, SBN 83256<br>JOLIE-ANNE S. ANSLEY, SBN 221526 |
| 3 | JUSTIN J. FIELDS, SBN 259491<br>DUANE MORRIS LLP |
| 4 | Spear Tower |

/s/ Thomas M. Berliner (as authorized on 9/09/14)
THOMAS M. BERLINER, SBN 83256
JOLIE-ANNE S. ANSLEY, SBN 221526
JUSTIN J. FIELDS, SBN 259491
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Email: tmberliner@duanemorris.com
         jsansley@duanemorris.com
         jfields@duanemorris.com

**Attorneys for Intervenors**
**STATE WATER CONTRACTORS, INC.**

GALLERY & BARTON
/s/ Jesse W. Barton (as authorized on 9/10/14)
DANIEL F. GALLERY, SBN 27295
JESSE W. BARTON, SBN 221337
GALLERY & BARTON
1112 I Street, Suite 240
Sacramento, CA  95814
Telephone: (916) 444-2880
Facsimile: (916) 444-6915
Email: dgallery@gallerybartonlaw.com
         jbarton@gallerybartonlaw.com

**Attorneys for Intervenors**
**BROPHY WATER DISTRICT and**
**HALLWOOD IRRIGATION COMPANY**

### ORDER

The Court having read and considered the foregoing stipulation (ECF No. 83), pursuant to Federal Rule of Civil Procedure 41 this case is DISMISSED without prejudice.  Each party shall bear its own fees and costs in connection with this action.  The clerk shall administratively CLOSE this file.

IT IS SO ORDERED.

Dated:  September 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT